DIXIE TIRE COMPANY, *et al.,* Petitioners, v. G. E. MOSELEY, Respondent.

198 So. 824
En Banc
Opinion Filed November 22, 1940

*Fowler & Givens,* for Petitioners;

*George J. Baya,* for Respondent.

PER CURIAM.—This case reaches us upon petition for

certiorari to review an order entered by the chancellor October 17, 1940, appointing a receiver for the defendants, Dixie Tire Company, Franklin Warehouse Corporation and Flamingo Oil Company.

Such an appointment is within the discretion of the court and we are not convinced that there was abuse of it in this case.

The answers of the principal defendants have been filed and testimony filling approximately seven hundred pages has been taken.

In this situation it seems that the whole case may be submitted on its merits with little delay.

It is the order, therefore, that the petition be denied without prejudice to the right of the defendants or any of them to present against the questions contained in their briefs.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.